IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOHNATHON MARTIN LAWRENCE                                                PLAINTIFF
#050756

v.                           No: 5:19-cv-00247 BRW

LANE, *et al.*                                                          DEFENDANTS

## **JUDGMENT**

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 24th day of September, 2019.


                                                Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE